No. 09-8971. Daniel Jon Peterka, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 2945.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8974. Darrell Wayne Maness, Petitioner v. North Carolina.

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 3027.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 261, 677 S.E.2d 796.

No. 09-8990. Darren Ray Pratcher, Petitioner v. California.

559 U.S. 1052, 130 S. Ct. 2350, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 3108.

April 5, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-8996. Memphis Ford Ware, Petitioner v. Florida.

559 U.S. 1052, 130 S. Ct. 2350, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 3089.

April 5, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 23 So. 3d 724.

No. 09-9006. Bryan Lefey-Rivera, Petitioner v. United States.

559 U.S. 1052, 130 S. Ct. 2350, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 2979.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 586 F.3d 532.

No. 09-9014. Akeem Muhammad, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 1052, 130 S. Ct. 2350, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 3045.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 352 Fed. Appx. 371.

No. 09-9066. Thomas Simone, Petitioner v. Louis S. Folino, Superintendent, State Correctional Institution at Greene, et al.

559 U.S. 1053, 130 S. Ct. 2367, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 2961.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-9082. Marek A. Kwasnik, Petitioner v. Maine.

559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 568, 2010 U.S. LEXIS 3068.

April 5, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.